```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                              Plaintiff,          **MEMORANDUM**

              -against-                           19 Cr. 244 (VB)


JOSE COLON,

                              Defendant.
-----------------------------------------------------------X
```

TO: <u>Vincent L. Briccetti, United States District Judge:</u>

    Please find attached a transcript of the December 6, 2019 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: January 3, 2020
       White Plains, New York

                                                Respectfully Submitted,

                                                */s/ Judith C. McCarthy*
                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge