UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA        :

    -against-                :   19 CR 244 (VB)

JOSE COLON                      :
             Defendant.      :
-----------------------------------------------------------x

## ORDER ACCEPTING GUILTY PLEA

The Court has reviewed the transcript of the plea allocution in the above-entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated December 6, 2019, is approved and accepted.

The Clerk of the Court is directed to enter the guilty plea.

Dated: White Plains, NY
       January 7, 2020

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge