UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
                                     :
UNITED STATES OF AMERICA             :
                                     :        CONSENT PRELIMINARY
        - v. -                       :        ORDER OF FORFEITURE/
                                     :        MONEY JUDGMENT
JOSE COLON,                          :
                                     :        19 Cr. 244 (VB)
                Defendant.           :
                                     :
                                     :
------------------------------------ X

        WHEREAS, on or about April 11, 2019, Jose Colon, (the "Defendant") was

charged, among others, in a one-count Indictment, 19 Cr. 244 (VB) (the "Indictment") with

narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count One);

        WHEREAS, the Indictment included a forfeiture allegation as to Count One,

seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853 of

any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as

a result of the offense and any and all property used, or intended to be used, in any manner or part,

to commit, or to facilitate the commission of, the offense, including but not limited to a sum of

money in United States currency representing the amount of proceeds traceable to the commission

of the offense charged in Count One of the Indictment that the defendant personally obtained;

        WHEREAS, on or about December 6, 2019, the defendant pled guilty to Count One

of the Indictment, pursuant to a plea agreement with the Government, wherein the defendant

admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit

to the United States pursuant to Title 21, United States Code, Section 853(p): a sum of money,

representing the amount of proceeds traceable to the commission of the violation charged in Count

One of the Indictment that the defendant personally obtained. It is further understood that any

forfeiture of the defendant's assets shall not be treated as satisfaction of any fine, restitution, cost of imprisonment, or any other penalty the Court may impose upon him in addition to forfeiture;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $15,000.00 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained;

WHEREAS, as a result of the acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney Courtney Heavey of counsel, and the Defendant, and his counsel, Theodore Green, Esq., that:

1.     As a result of the offense charged in Count One of the Indictment, to which the defendant pled guilty, a money judgment in the amount of $15,000.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the defendant personally obtained, shall be entered against the defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, JOSE COLON and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3.     All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the "United States Marshals Service" and delivered

by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Consent Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. This Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief, Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9.     The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____     _3/11/20_
    Courtney Heavey                        DATE
    Assistant United States Attorney
    300 Quarropas Street
    White Plains, NY 10601
    914-993-1927


JOSE COLON

By: _____     _3/11/2020_
    JOSE COLON                             DATE

By: _____     _3/11/2020_
    Theodore Green, Esq.                   DATE
    200 Mamaroneck Avenue, Suite 605
    White Plains, NY 10601
    914-948-5656

SO ORDERED:

_____     _3/11/20_
HONORABLE VINCENT L. BRICCETTI          DATE
UNITED STATES DISTRICT JUDGE