# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

June 10, 2020

Hon. Vincent L. Briccetti
United States District Court
300 Quarropas Street
White Plains, New York 10601

> APPLICATION GRANTED
> Defendant Jose Colon's surrender date is extended to 7/23/2020. Defense counsel is directed to provide a copy of this order and attached letter to the Probation Department and to the pretrial services officer.
> SO ORDERED:
>
> Vincent L. Briccetti, U.S.D.J.        6/10/2020

re: *United States v. Jose Colon*, 19-cr-244 (VB)

Dear Judge Briccetti:

    This letter is an application to extend the time for Jose Colon to surrender to commence service of his sentence by 30 days to July 23, 2020. The current surrender date is June 23, 2020. The Court had previously granted a 60-day extension of the original surrender date, which was April 24, 2020.

    The reason for the requested extension is that Mr. Colon has not yet been notified of his designation to a Bureau of Prisons facility. When I contacted the U.S. Marshals service today, I was advised that the Marshals also have no indication of a designation. Without a designated facility, it is my understanding that Mr. Colon would have to surrender to the Marshals and Mr. Colon would then be held (quite probably locally at MCC or MDC) pending transfer, and given the slowdown in BOP movement due to the COVID-19 crisis, that could be for a while.

    The government, by AUSA Courtney Heavey, and the Pretrial Services Office, by Vincent Adams, both consent to the extensinon.

Very truly yours,

/s/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)